UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

MARIA GUTIERREZ,

    Plaintiff,

v.

CITY OF ARLINGTON; MICHAEL KNIGHT; JOSHUA FOX; and JOHN DOE 1-10 inclusive,

    Defendants.

NO.

**NOTICE OF REMOVAL**

**(SNOHOMISH COUNTY SUPERIOR COURT, CAUSE NO. 21-2-05386-31)**

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, CITY OF ARLINGTON, MICHAEL KNIGHT and JOSHUA FOX hereby remove the above-entitled action to the United States District Court for the Western District of Washington at Seattle. Defendants state:

1. The above-entitled action was filed in the Superior Court of Snohomish County, Cause No. 21-2-05386-31. A true and correct copy of the Amended Complaint is attached as Exhibit A.

2. Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

3. Plaintiff's *Amended Complaint* seeks damages and attorney's fees via 42 U.S.C. §1983 for alleged violation of civil rights protected by the Constitution and federal law, and state law claims alleging violations of the Public Records Act, negligence and assault & battery.

**NOTICE OF REMOVAL** - 1

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

4. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendants City of Arlington, Michael Knight and Joshua Fox are attached to counsel's verification.

5. Defendants reserve any and all affirmative defenses, including but not limited to insufficient service of process.

DATED: April 7, 2022

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/ Jeremy W. Culumber
Jeremy W. Culumber, WSBA #35423
*Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox*

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jculumber@kbmlawyers.com

BAILEY, DUSKIN & PEIFFLE, P.S.

By: /s/ Steven J. Peiffle
Steven J. Peiffle, WSBA #14704
*Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox*

P.O. Box 188
103 North St.
Arlington, WA 98223-0188
Telephone: 360.435.2168
Email: steve@snolaw.com

NOTICE OF REMOVAL - 2

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Brian M. Sullivan, WSBA #38066
Cassidy D. Spencer, WSBA #50569
SULLIVAN LAW GROUP, PLLC
2932 Hoyt Avenue
Everett, WA 98201
Telephone: 425.322.1076
Email: brian@sullivanpllc.com
cassidy@sullivanpllc.com

**Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox**

Steven J. Peiffle, WSBA #14704
BAILEY, DUSKIN & PEIFFLE, P.S.
P.O. Box 188
103 North St.
Arlington, WA 98223-0188
Telephone: 360.435.2168
Email: steve@snolaw.com

DATED: April 7, 2022

/s/ Jeremy W. Culumber
Jeremy W. Culumber, WSBA #35423
*Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox*

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jculumber@kbmlawyers.com

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

NOTICE OF REMOVAL - 3