The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA GUTIERREZ,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF ARLINGTON, JOHN DOE 1 (KNIGHT), JOHN DOE 2 (FOX), and JOHN DOEs 3-10,<br><br>      Defendants. | NO.  2:22-cv-00456 MJP<br><br>STIPULATION AND ORDER OF DISMISSAL OF CLAIMS FOR VIOLATION OF THE PUBLIC RECORDS ACT |

  Plaintiff Maria Gutierrez and Defendants the City of Arlington, et al, by and through their counsel of record, do submit this stipulation and proposed order to dismiss certain claims raised in the Plaintiff's complaint.

  The parties stipulate that the claims raised in paragraph IV of the Complaint for Damages and for Injunctive Relief Under the Public Records Act, and in paragraph VII of the Amended Complaint for Damages and for Injunctive Relief, alleging violation of the Public Records Act should be dismissed, with prejudice and without an award of attorney's fees or costs to any party.

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CERTAIN CLAIMS
2:22-CV-00456 MJP
(27-803 SJP/lw)

1

**BAILEY, DUSKIN, PEIFFLE & MARTIN, P.S.**
P.O. Box 188, Arlington, WA 98223
(360) 435-2168 Fax (360) 435-6060

Presented by:

BAILEY, DUSKIN, PEIFFLE & MARTIN, P.S.

/s/ Steven J. Peiffle
Steven J. Peiffle, WSBA #14704
Attorneys for Defendants
103 North Street
PO Box 188
Arlington, WA 98223
Phone:  360-435-2168
Email:  steve@snolaw.com

Approved for entry;
Notice of Presentation waived:

KEATING, BUCKLIN & MCCORMICK, INC., P.S.

/s/ Jeremy W. Culumber
Jeremy W. Culumber, WSBA #35423
Attorneys for Defendants
801 Second Ave., Suite 1210
Seattle, WA 98104
Phone:  206-623-8861
Email:  jculumber@bkmlawyers.com

SULLIVAN LAW GROUP, PLLC

/s/ Brian M. Sullivan
Brian M. Sullivan, WSBA #38066
Cassidy D. Spencer, WSBA #50569
Attorneys for Plaintiff
2932 Hoyt Ave.
Everett, WA 98201
Phone: 425-322-1076
Email:  brian@sullivanpllc.com
        cassidy@sullivanpllc.com

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CERTAIN CLAIMS
2:22-CV-00456 MJP
(27-803 SJP/lw)

2

BAILEY, DUSKIN, PEIFFLE & MARTIN, P.S.
P.O. Box 188, Arlington, WA 98223
(360) 435-2168 Fax (360) 435-6060

## ORDER OF THE COURT

It is so ordered.

DATED: September 26, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

---

STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CERTAIN CLAIMS
2:22-CV-00456 MJP
(27-803 SJP/lw)

3

**BAILEY, DUSKIN, PEIFFLE & MARTIN, P.S.**
P.O. Box 188, Arlington, WA 98223
(360) 435-2168 Fax (360) 435-6060