UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA GUTIERREZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF ARLINGTON, MICHAEL KNIGHT, JOSHUA FOX, JOHN DOE 1-10,<br><br>　　　　　　Defendants. | CASE NO. C22-456 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Stipulated and Agreed Protective Order. (Dkt. No. 14.) Although the agreed protective order largely tracks the District's Model Protective Order, it includes overbroad designations of "confidential" materials. (See https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf.) As the Model Order specifies, when identifying "confidential" materials, "[t]he parties must include a

MINUTE ORDER - 1

list of specific documents such as 'company's customer list' or 'plaintiff's medical records'" and they should "not list broad categories of documents such as 'sensitive business material.'" (See id.) The Parties' agreed protective order identifies "Arlington Police Department records" as confidential. This is far too broad a category of documents that runs afoul of the Model Order's requirement for specificity. It would also allow for the overbroad designation of materials as confidential. The Court DENIES the Motion without prejudice. Any revised agreed protective order must identify a more specific subset of police records that Defendants believe are "confidential."

        The clerk is ordered to provide copies of this order to all counsel.

        Filed November 9, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2