The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA GUTIERREZ,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF ARLINGTON; MICHAEL KNIGHT; JOSHUA FOX; and JOHN DOE 1-10 inclusive,<br><br>               Defendants. | No. 2:22-cv-00456 MJP<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the parties in the above-referenced action have reached a settlement of all claims, and did so prior to the entry of the Court's *Order on Plaintiff's Motion for Partial Summary Judgment* (*See Dkt. 19*).   The parties will be filing a dismissal shortly.

Plaintiff filed her *Motion for Partial Summary Judgment* on January 10, 2023. *Dkt. 17*. The next day, January 11, 2023, the parties attended mediation and reached a settlement agreement, both parties assenting in writing to the terms of settlement under Washington Civil Rule 2A.  On January 26, 2023, Plaintiff and her counsel signed and notarized a Release and Hold Harmless, formalizing the terms of settlement.  Defendants issued the agreed-upon payment, which was received by Plaintiff's counsel on February 2, 2023.

NOTICE OF SETTLEMENT - 1
2:22-cv-00456 MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Because the parties agreed to settlement terms on January 11, 2023, the day after Plaintiff filed her motion, Defendants did not file a response to the motion, and Plaintiff did not file a reply. However, neither party alerted the Court that the case had settled. As a result, the Court spent its valuable time analyzing the motion and preparing an Order (*Dkt. 19*), unaware the motion had been mooted. The parties humbly apologize to the Court, and understand they failed their duty to timely alert the Court that the case had been resolved.

DATED: February 13, 2023

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
**Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox**

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jculumber@kbmlawyers.com

SULLIVAN LAW GROUP, PLLC

By:    */s/ Cassidy D. Spencer*
Brian M. Sullivan, WSBA #38066
Cassidy D. Spencer, WSBA #50569
**Attorneys for Plaintiff**

2932 Hoyt Avenue
Everett, WA 98201
Telephone: 425.322.1076
Email: brian@sullivanpllc.com
cassidy@sullivanpllc.com

NOTICE OF SETTLEMENT - 2
2:22-cv-00456 MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Brian M. Sullivan, WSBA #38066
Cassidy D. Spencer, WSBA #50569
Sullivan Law Group, PLLC
2932 Hoyt Avenue
Everett, WA 98201
Telephone: 425.322.1076
Email:  brian@sullivanpllc.com
cassidy@sullivanpllc.com

**Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox**

Steven J. Peiffle, WSBA #14704
BAILEY, DUSKIN & PEIFFLE, P.S.
P.O. Box 188
103 North St.
Arlington, WA 98223-0188
Telephone: 360.435.2168
Email:  steve@snolaw.com

DATED:  February 13, 2023

/s/ Jeremy W. Culumber
Jeremy W. Culumber, WSBA #35423
***Attorneys for Defendants, City of Arlington, Michael Knight and Joshua Fox***
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jculumber@kbmlawyers.com

NOTICE OF SETTLEMENT - 3
2:22-cv-00456 MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423