THE HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE
WESTERD DISTRICT OF WASHINGTON

MARIA GUTIERREZ,

            Plaintiff;

v.

CITY OF ARLINGTON, MICHAEL
KNIGHT; JOSHUA FOX; and
JOHN DOEs 1-10 inclusive;

            Defendants.

CAUSE NUMBER: 2:22-cv-00456-MJP

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES

***CLERK'S ACTION REQUIRED***

TO:     The Clerk of the Court

        Notice is hereby given that all claims against all parties in this action have been resolved.
Any trials or other hearings in this matter may be stricken from the court calendar.

        Dated this 15th day of February, 2023.

                    SULLIVAN LAW GROUP, PLLC


                    /s/ Brian M. Sullivan
                    Brian M. Sullivan, WSBA #38066
                    Cassidy D. Spencer, WSBA #50569
                    Attorneys for Plaintiff
                    2932 Hoyt Avenue
                    Everett, WA 98201
                    Phone: (425) 322-1076
                    Fax:    (425) 609-3760
                    Emails: brian@sullivanpllc.com
                            cassidy@sullivanpllc.com

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL
PARTIES - 2:22-cv-00456-MJP - PAGE 1 OF 1

SULLIVAN LAW GROUP, PLLC
2932 HOYT AVENUE
EVERETT, WA 98201
(425) 322-1076 - TEL
(425) 609-3760 - FAX