|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| MARIA GUTIERREZ,<br><br>                     Plaintiff,<br><br>     v.<br><br>CITY OF ARLINGTON, MICHAEL KNIGHT, JOSHUA FOX, and JOHN DOES 1-10,<br><br>                     Defendants. | CASE NO. C22-456 MJP<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on Plaintiff's Notice of Settlement, which the Court construes as a response to its Order to Show Cause. (Dkt. No. 22.) Plaintiff indicates that she has settled all claims against all defendants, including the Doe Defendants.

Based on Plaintiff's Notice of Settlement, the Court DISMISSES Plaintiff's remaining claims against the Doe Defendants WITH PREJUDICE. If settlement is not perfected within 60 days of this Order, any party may move to reopen the case. Any trial date and pretrial dates previously set are hereby VACATED.

ORDER OF DISMISSAL - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated February 15, 2023.

Marsha J. Pechman
United States Senior District Judge